# Court of Appeals
# of the State of Georgia

ATLANTA,   August 23, 2021

*The Court of Appeals hereby passes the following order:*

**A22E0007. NITIN NADKAR v. RADHIKA GUPTE.**

Upon consideration of Nitin Nadkar's emergency motion for an extension of time in which to file an application for discretionary appeal, the motion is hereby GRANTED. See OCGA § 5-6-39 (a) (5), (d); Court of Appeals Rules 16 (c) and 40 (b).

Nadkar's application for discretionary appeal shall be due on or before September 23, 2021.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   08/23/2021*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*